# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CHARLES HOWARD BOYD** | **CASE NO.  3:20-CV-01473** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **MONROE CITY HALL** | **MAGISTRATE JUDGE MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Defendant's motion to dismiss [doc. # 13] is **GRANTED** and that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 7th day of April, 2021.

_____
Terry A. Doughty
United States District Judge